**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 JUL 12 PM 2:27
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| JOHN SCOTT FOSKEY,       )<br>                                              )<br>          Plaintiff,                     )<br>                                              )<br>     v.                                     )<br>                                              )<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security Administration,  )<br>                                              )<br>          Defendant.                    ) | CV 311-069 |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 16).[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Commissioner's final decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration in accordance with the Court's opinion.

SO ORDERED this 12th day of July, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Although the Magistrate Judge found Plaintiff to be the prevailing party, Plaintiff has filed objections to the Report and Recommendation.